IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALBERTO RIVERA MONROY, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>REAL TIME RESOLUTIONS, INC., *et al.,*<br><br>Defendants. | Case No. 2:21-cv-00813-BJR<br><br>**NOTICE OF APPEARANCE** |

**TO:   THE CLERK OF THE COURT AND ALL PARTIES**

**PLEASE TAKE NOTICE** that Defendants Real Time Resolutions, Inc. and Mortgage Electronic Registration Systems, Inc. ("Defendants"), without waiving any defenses or objections, hereby enter their appearances in the above-entitled action through the undersigned attorney Nellie Q. Barnard.

Defendants request that all future pleadings, notices, documents or other papers, except original process be served upon the undersigned attorneys of record at the address shown below.

Dated: July 14, 2021.

HOLLAND & KNIGHT LLP

*s/ Nellie Q. Barnard*
Nellie Q. Barnard, WSBA No. 50587
E-mail: nellie.barnard@hklaw.com
601 S.W. Second Ave., Suite 1800
Portland, OR 97204
Telephone: 503.243.2300/Fax: 503.241.8014
*Attorneys for Real Time Resolutions, Inc. and Mortgage Electronic Registration Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing **NOTICE OF APPEARANCE** to be served on the following person[s]:

| | |
|---|---|
| Vicente Omar Barraza<br>BARRAZA LAW PLLC<br>10728 16TH AVE SW<br>SEATTLE, WA 98146<br>Email: omar@barrazalaw.com<br><br>*Attorney for Plaintiffs* | Christina Latta Henry<br>HENRY & DEGRAAFF PS<br>113 CHERRY ST<br>PMB 58364<br>SEATTLE, WA 98104-2205<br><br>*Attorney for Plaintiffs* |
| Ha Thu Dao<br>10728-16TH AVE SW<br>SEATTLE, WA 98146<br>Email: hadaojd@gmail.com<br><br>*Attorney for Plaintiffs* | Michael Steven DeLeo<br>Peterson Russell Kelly PLLC<br>1850 Skyline Tower<br>10900 Ne 4th St<br>Bellevue, WA 98004-8341<br>Email: mdeleo@prklaw.com<br><br>*Attorney for MTC Financial Inc.* |

By causing the document to be delivered by the following indicated method or methods:

☑ by CM/ECF electronically mailed notice from the Court on the date set forth below.

☐ by mailing full, true and correct copies thereof in sealed, first class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐ by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐ by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

☐ by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED July 14, 2021.

        *s/ Nellie Q. Barnard*
        Nellie Q. Barnard

CERTIFICATE OF SERVICE – PAGE 1

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR 97204
Telephone: 503.243.2300