Hon. Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALBERTO RIVERA MONROY and IRMA PARRA-RIVERA,<br><br>Plaintiffs,<br><br>v.<br><br>REAL TIME RESOLUTIONS, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and MTC FINANCIAL INC. d/b/a TRUSTEE CORPS,<br><br>Defendants. | CASE NO. 2:21-cv-00813-BJR<br><br>**STIPULATION AND ORDER TO EXTEND TRIAL DATE AND RELATED DEADLINES** |

## STIPULATION

Defendants Real Time Resolutions, Inc. ("RTR"), Mortgage Electronic Registration Systems, Inc. ("MERS") and MTC Financial Inc. d/b/a Trustee Corps. ("MTC") (collectively "Defendants"), and Plaintiffs Alberto Rivera Monroy and Irma Parra-Rivera ("Plaintiffs") through their attorneys of record, respectfully submit this stipulation to extend the trial date and related deadlines for good cause as stated herein. The parties request that the Court extend all deadlines set forth in the Order Setting Trial Date & Related Deadlines dated August 30, 2021 (Dkt.

18), for a period of 60 days.  The parties need additional time to take necessary discovery and prepare dispositive motions following the recent Order entered on MERS' Motion to Dismiss (Dkt. 39).

Dated: April 27, 2022

*s/ Christina L. Henry*_____
Christina L Henry, WSBA 31273
HENRY & DEGRAAFF, PS
119 1st Ave S, Ste 500
Seattle, WA 98104
206-330-0595 Fax 206-400-7609
*chenry@hdm-legal.com*

*Attorney For Plaintiffs*

*s/ Vicente Omar Barraza*_____
Vicente Omar Barraza, WSBA 31273
BARRAZA LAW, PLLC
10728 16th Ave SW
Seattle, WA 98146
206-933-7861 / Fax 206-933-7863
*omar@barrazalaw.com*

*Attorney For Plaintiffs*

*s/ Michael Steven DeLeo*_____
Michael Steven DeLeo, WSBA 22037
PETERSON RUSSELL KELLY PLLC
1850 Skyline Tower
10900 NE 4th St
Bellevue, WA 98004-8341
425-462-4700
Fax 452-451-0714
*mdeleo@prklaw.com*

*Attorney for Defendant
MTC Financial Inc. d/b/a Trustee Corps*

*s/ Nellie Q. Barnard*_____
Nellie Q. Barnard, WSBA 50587
HOLLAND & KNIGHT LLP
601 SW Second Ave
Ste 1800
Portland, OR 97204
503-243-2300
Fax 503-243-2301
*nellie.barard@hklaw.com*

*Attorney for Defendants Real Time
Resolutions, Inc. and Mortgage Electronic
Registration Systems, Inc.*

STIPULATION AND ORDER TO EXTEND
TRIAL DATE AND RELATED DEADLINES:
CASE NO. 2:21-CV-00813-BJR - PAGE 2

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300

# ORDER

THIS MATTER came before the Court on the Parties' Stipulation, above, and the Court, having reviewed the forgoing, records filed herein and being fully advised, the Court finds there is good cause to amend the Order Setting Trial Date & Related Deadlines dated August 30, 2021.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Order Setting Trial Date & Related Deadlines dated August 30, 2021 shall be amended as requested by parties, and all deadlines extended for approximately 60 days, as set forth below:

|  | Current Date | New Date |
|---|---|---|
| **TRIAL DATE** | **December 12, 2022** | **February 13, 2023** |
| Reports from expert witness under FRCP 26(a)(2) due | May 16, 2022 | July 16, 2022 |
| Discovery Completed By | May 31, 2022 | July 31, 2022 |
| All dispositive motions must be filed by | July 14, 2022 | September 14, 2022 |
| All motions in limine must be filed by | November 7, 2022 | January 7, 2023 |
| Joint Pretrial Statement | November 14, 2022 | January 14, 2023 |
| Pretrial Conference | November 28, 2022 | January 30, 2023 |
| Length of trial: | 4 days | Jury |

DATED this 9th day of April, 2022.

Barbara J. Rothstein
United States District Judge