UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALBERTO RIVERA MONROY and IRMA PARRA-RIVERA, husband and wife,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>REAL TIME RESOLUTIONS INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and MTC FINANCIAL INC. d/b/a TRUSTEE CORPS.<br><br>　　　　　　　Defendants. | 2:21-cv-00813-BJR<br><br><br>STIPULATED MOTION AND ORDER TO EXTEND TRIAL AND REMAINING CASE DEADLINES |
| REAL TIME RESOLUTIONS INC.,<br><br>　　　　　　　Counterclaim-Plaintiff,<br><br>v.<br><br>ALBERTO RIVERA MONROY and IRMA PARRA-RIVERA, husband and wife,<br><br>　　　　　　　Counterclaim-Defendants. | |

## I.　　STIPULATED MOTION

The Plaintiffs, Alberto Rivera Monroy and Irma Parra-Rivera, husband and wife and the marital community composed thereof, collectively ("Plaintiffs / Counterclaim Defendants"), and Real Time Resolutions, Inc. ("RTR"), Mortgage Electronic Registration Systems, Inc.

STIPULATED MOTION AND TO EXTEND TRIAL AND CASE DEADLINES - 1
2:21-cv-00813-BJR

Henry & DeGraaff, P.S.
113 Cherry St, PMB 58364
Seattle, WA 98104
V (206) 330-0595 / F (206) 400-7609

("MERS"), and MTC Financial Inc., d/b/a Trustee Corps ("MTC"), by and through their undersigned counsel, stipulate as follows:

Plaintiffs intend to take the oral, remote deposition of RTR's 30(b)(6) deponent and MERS' 30(b)(6) deponent, and RTR intends to take the oral, remote deposition of Plaintiffs. The parties have met and agreed to extend the trial and case schedule deadlines as set forth herein pursuant to Local Rules (d)(1), 10(g) and 16(b) and hereby file this stipulated motion to request that the court continue the deadlines as set forth herein in the case schedule and for a continuation of the Trial as currently set by the Court's Order Setting Jury Trial and Pretrial Dates (Dkt No. 46).

This is the second request for an extension of the case schedule requested by the parties. At this stage in the litigation, the parties are working together in good faith to complete discovery and other matters in the case and believe that there is good cause for an extension of deadlines as requested herein.

Specifically, the parties are in the process of narrowing certain outstanding discovery disputes relating to discovery requests which have already been propounded and responded to, which they expect to be completed by August 10, 2022, and after that date, the parties intend to bring any remaining outstanding issues before the court for resolution via a telephone conference and/or discovery motions for resolution. Once these disputes are resolved, the parties will set dates to depose the Rule 30(b)(6) witnesses for RTR, MERS, and Plaintiffs on deposition notices that have already been served. Thus, the continuance of the trial and the below deadlines will allow resolution of the remaining discovery issues in this case and thus the Parties request a 90 (day) extension as detailed herein, with the trial extended out accordingly. For the avoidance of doubt, the Parties do not intend and do not agree that the requested extension will permit any new written discovery requests or notices of deposition. Rather, the Parties intend and agree to allow sufficient time to resolve disputes on those existing discovery requests that have already been propounded, and completion of those depositions that have already been noticed. The Parties agree they do not waive any rights via this stipulation.

STIPULATED MOTION AND TO EXTEND TRIAL AND CASE DEADLINES - 2
2:21-cv-00813-BJR

Henry & DeGraaff, P.S.
113 Cherry St, PMB 58364
Seattle, WA 98104
V (206) 330-0595 / F (206) 400-7609

| Trial Date | Current Date | New Date |
|---|---|---|
| | 2/13/2023 | 5/13/2023 or a date convenient for the Court |
| Completion of Outstanding Depositions and discovery motions regarding Pending Discovery[1] | 7/31/2022 | 10/31/2022 |
| All dispositive Motion must be Completed by | 9/14/2022 | 12/14/2022 |
| All motions in limine must be filed by | 1/7/2023 | 4/7/2023 |
| Joint Pretrial Statement | 1/14/2023 | 4/14/2023 |
| Pretrial Conference | 1/30/2023 | 4/30/2023 |
| Length of Trial | 4 days | Jury |

STIPULATED this 28th day of July, 2022

---

[1] The Parties agree that no new written discovery or deposition notices are included in this request, and none will be allowed under this stipulation. "Outstanding Discovery" and "Pending Discovery," as used in this stipulation and order refer only to the depositions of plaintiffs, to the 30(b)(6) depositions of RTR and MERS, and to the written discovery requests and responses that have already been propounded in this case.

STIPULATED MOTION AND TO EXTEND TRIAL AND CASE DEADLINES - 3
2:21-cv-00813-BJR

HENRY & DEGRAAFF, P.S.
113 CHERRY ST, PMB 58364
SEATTLE, WA 98104
V (206) 330-0595 / F (206) 400-7609

| | |
|---|---|
| BARRAZA LAW, PLLC | HENRY & DEGRAAFF, PS |
| */s/ V. Omar Barraza* | */s/ Christina L Henry* |
| V. Omar Barraza, WSBA #43589 | Christina L Henry, WSBA #31273 |
| 10728 16th Avenue SW | 113 Cherry St, PMB 58364 |
| Seattle, Washington 98146 | Seattle, Washington 98104 |
| omar@barrazalaw.com | chenry@hdm-legal.com |
| Tel.: (206) 933-7861 | Tel.: (206) 330-0595 |
| Fax.: (206) 933-7863 | Fax.: +1 (206) 400-7609 |
| | |
| PETERSON RUSSELL KELLY, PLLC | HOLLAND & KNIGHT, LLP |
| */s/ Michael Steven DeLeo* | */s/ Garrett S. Garfield* |
| Michael Steven DeLeo, WSBA 22037 | Garrett S. Garfield, WSBA# 458375 |
| Counsel for Defendant MTC Financial, Inc., dba Trustee Corps | 601 Southwest 2nd Ave #1800 |
| 1850 Skyline Tower | Portland, Oregon 97204 |
| 10900 NE 4th St | Garrett.Garfield@hklaw.com |
| Bellevue, WA 98004-8341 | John.Joseph@hklaw.com |
| 425-462-4700 | |
| Fax 452-451-0714 | |
| *mdeleo@prklaw.com* | |

STIPULATED MOTION AND TO EXTEND TRIAL AND CASE
DEADLINES - 4
2:21-cv-00813-BJR

**HENRY & DEGRAAFF, P.S.**
113 CHERRY ST, PMB 58364
SEATTLE, WA 98104
V (206) 330-0595 / F (206) 400-7609

## II. ORDER

The Court having considered the foregoing stipulated motion of the Parties in this case, and finding that good cause has been shown for the requested relief, now therefore, it is hereby

ORDERED as follows:

| Trial Date | Current Date | New Date |
|---|---|---|
|  | 2/13/2023 | 5/15/2023 or a date convenient for the Court |
| Completion of Outstanding Depositions and discovery motions regarding Pending Discovery | 7/31/2022 | 10/31/2022 |
| All dispositive Motion must be Completed by | 9/14/2022/ | 12/14/2022 |
| All motions in limine must be filed by | 1/7/2023 | 4/7/2023 |
| Joint Pretrial Statement | 1/14/2023 | 4/14/2023 |
| Pretrial Conference | 1/30/2023 | 5/3/2023 |
| Length of Trial | 4 days | Jury |

DONE THIS 2nd day of August, 2022.

*Barbara J Rothstein*
_____
The Hon. Barbara J. Rothstein
United States District Court Judge

STIPULATED MOTION AND TO EXTEND TRIAL AND CASE DEADLINES - 5
2:21-cv-00813-BJR

**Henry & DeGraaff, P.S.**
113 Cherry St, PMB 58364
Seattle, WA 98104
V (206) 330-0595 / F (206) 400-7609