UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALBERTO RIVERA MONROY and IRMA PARRA-RIVERA, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>REAL TIME RESOLUTIONS INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and MTC FINANCIAL INC. d/b/a TRUSTEE CORPS.<br><br>Defendants.| 2:21-cv-00813-BJR<br><br><br>STIPULATED MOTION AND ORDER TO SET DEADLINES FOR CROSS MOTIONS FOR SUMMARY JUDGMENT |
| REAL TIME RESOLUTIONS INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>ALBERTO RIVERA MONROY and IRMA PARRA-RIVERA, husband and wife,<br><br>Counterclaim-Defendants. | |

## I.     STIPULATED MOTION

The Plaintiffs, Alberto Rivera Monroy and Irma Parra-Rivera, husband and wife and the marital community composed thereof, collectively ("Plaintiffs / Counterclaim Defendants"), and Real Time Resolutions, Inc. ("RTR"), and Mortgage Electronic Registration Systems, Inc.

STIPULATED MOTION AND ORDER TO SET DEADLINES FOR CROSS MOTIONS FOR SUMMARY JUDGMENT
2:21-cv-00813-BJR

HOLLAND & KNIGHT LLP
601 SW Second Avenue
Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

("MERS") (collectively with RTR and Plaintiffs, the "Parties"), by and through their undersigned counsel, and file this amended stipulation as follows:

1. Pursuant to LCR 7(f), 7(k), and LCR 10(g), the Parties hereby respectfully submit this stipulated motion for entry of an order (a) setting the deadlines for the Parties to file and brief dispositive cross motions for summary judgment and requesting over-length page lengths response briefs in light of foregoing reply briefs for the Parties as contemplated by LCR 7(k).

2. The Parties request the following dates for filing cross motions for summary judgment and applicable response briefs, while forgoing any reply briefs:

|  | Filing Dates | Page Lengths |
|---|---|---|
| All Dispositive Motions Regarding Defendant Real Times Resolutions, Inc. and Mortgage Electronic Registration Systems, Inc. | 12/21/2022 | 30 pages |
| All Response Briefs to Dispositive Motions Regarding Defendant Real Times Resolutions, Inc. and Mortgage Electronic Registration Systems, Inc. | 1/20/2023 | 30 pages |

STIPULATED this 17th day of November 2022

BARRAZA LAW, PLLC

 /s/ V. Omar Barraza
V. Omar Barraza, WSBA #43589
10728 16th Avenue SW
Seattle, Washington 98146
omar@barrazalaw.com
Tel.: (206) 933-7861
Fax.: (206) 933-7863

HENRY & DEGRAAFF, PS

/s/ Christina L Henry
Christina L Henry, WSBA #31273
113 Cherry St, PMB 58364
Seattle, Washington 98104
chenry@hdm-legal.com
Tel.: (206) 330-0595
Fax.: +1 (206) 400-7609

STIPULATED MOTION AND ORDER TO SET
DEADLINES FOR CROSS MOTIONS FOR SUMMARY
JUDGMENT
2:21-cv-00813-BJR

HOLLAND & KNIGHT LLP
601 SW Second Avenue
Suite 1800
Portland, OR  97204
Telephone:  503.243.2300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

HOLLAND & KNIGHT, LLP

 /s/ Garrett S. Garfield
Garrett S. Garfield, WSBA# 458375
601 Southwest 2nd Ave #1800
Portland, Oregon 97204
Garrett.Garfield@hklaw.com
John.Joseph@hklaw.com

STIPULATED MOTION AND ORDER TO SET DEADLINES FOR CROSS MOTIONS FOR SUMMARY JUDGMENT
2:21-cv-00813-BJR

HOLLAND & KNIGHT LLP
601 SW Second Avenue
Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

## II. ORDER

The Court having considered the foregoing stipulated motion of the Parties in this case, and finding that good cause has been shown for the requested relief, now therefore, it is hereby:

ORDERED that the Following Deadline and Page Lengths for filings are approved and that reply briefs are not allowed.

|  | Filing Dates | Page Lengths |
| --- | --- | --- |
| All Dispositive Motions Regarding Defendant Real Times Resolutions, Inc. and Mortgage Electronic Registration Systems, Inc. | 12/21/2022 | 30 pages |
| All Response Briefs to Dispositive Motions Regarding Defendant Real Times Resolutions, Inc. and Mortgage Electronic Registration Systems, Inc. | 1/20/2023 | 30 pages |

DONE THIS 18th day of November 2022.

*/s/ Barbara J. Rothstein*

The Hon. Barbara J. Rothstein
United States District Court Judge

STIPULATED MOTION AND ORDER TO SET DEADLINES FOR CROSS MOTIONS FOR SUMMARY JUDGMENT
2:21-cv-00813-BJR

HOLLAND & KNIGHT LLP
601 SW Second Avenue
Suite 1800
Portland, OR 97204
Telephone: 503.243.2300