Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALBERTO RIVERA MONROY and IRMA PARRA-RIVERA, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>REAL TIME RESOLUTIONS INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and MTC FINANCIAL INC. d/b/a TRUSTEE CORPS.<br><br>Defendants. | 2:21-cv-00813-BJR<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL |
| REAL TIME RESOLUTIONS INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>ALBERTO RIVERA MONROY and IRMA PARRA-RIVERA, husband and wife,<br><br>Counterclaim-Defendants. | |

## I.   STIPULATED MOTION

The Plaintiffs, Alberto Rivera Monroy and Irma Parra-Rivera, husband and wife and the marital community composed thereof, collectively ("Plaintiffs / Counterclaim Defendants"), and Real Time Resolutions, Inc. ("RTR"), and Mortgage Electronic Registration

STIPULATION AND ORDER OF DISMISSAL
2:21-cv-00813-BJR

**BARRAZA LAW PLLC**
10728 16TH AVE SW
SEATTLE, WA 98146
V (206) 933-7861 / F (206) 933-7863

1  Systems, Inc. ("MERS") (collectively with RTR and Plaintiffs, the "Parties"), by and through
2  their undersigned counsel, stipulate that all claims against all parties shall be dismissed with
3  prejudice with each party to bear its own costs and attorneys' fees.
4      The parties further stipulate that the monies deposited in the Court registry be refunded
5  to the Plaintiffs in care of HENRY & DEGRAAFF, PS, 301 Prospect Street, Bellingham, WA
6  98225.
7      STIPULATED this 12th day of December 2022

BARRAZA LAW, PLLC

 /s/ V. Omar Barraza
V. Omar Barraza, WSBA #43589
10728 16th Avenue SW
Seattle, Washington 98146
omar@barrazalaw.com
Tel.: (206) 933-7861
Fax.: (206) 933-7863

HENRY & DEGRAAFF, PS

/s/ Christina L Henry
Christina L Henry, WSBA #31273
113 Cherry St, PMB 58364
Seattle, Washington 98104
chenry@hdm-legal.com
Tel.: (206) 330-0595
Fax.: +1 (206) 400-7609


HOLLAND & KNIGHT, LLP

*Per email authorization*

 /s/ Garrett S. Garfield
  Garrett S. Garfield, WSBA# 458375
  601 Southwest 2nd Ave #1800
  Portland, Oregon 97204
  Garrett.Garfield@hklaw.com
  John.Joseph@hklaw.com

STIPULATION AND ORDER OF DISMISSAL
2:21-cv-00813-BJR

**BARRAZA LAW PLLC**
10728 16TH AVE SW
SEATTLE, WA 98146
V (206) 933-7861 / F (206) 933-7863

**II. ORDER**

The Court having considered the foregoing stipulated motion of the Parties in this case, and finding that good cause has been shown for the requested relief, now therefore, it is hereby:

ORDERED that all claims against all parties are hereby dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to any party, and the case is hereby closed; and

ORDERED the monies deposited in the Court registry be refunded to the Plaintiffs in care of HENRY & DEGRAAFF, PS, 301 Prospect Street, Bellingham, WA 98225.

DONE THIS 16th day of December 2022.

*Barbara J. Rothstein*
The Hon. Barbara J. Rothstein
United States District Court Judge

STIPULATION AND ORDER OF DISMISSAL
2:21-cv-00813-BJR

**BARRAZA LAW PLLC**
10728 16TH AVE SW
SEATTLE, WA 98146
V (206) 933-7861 / F (206) 933-7863