Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALBERTO RIVERA MONROY and IRMA PARRA-RIVERA, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>REAL TIME RESOLUTIONS INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and MTC FINANCIAL INC. d/b/a TRUSTEE CORPS.<br><br>Defendants. | 2:21-cv-00813-BJR<br><br>AMENDED STIPULATED MOTION FOR DISBURSEMENT OF REGISTRY FUNDS AND ORDER |
| REAL TIME RESOLUTIONS INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>ALBERTO RIVERA MONROY and IRMA PARRA-RIVERA, husband and wife,<br><br>Counterclaim-Defendants. | |

## I.    STIPULATED MOTION

The Plaintiffs, Alberto Rivera Monroy and Irma Parra-Rivera, husband and wife and the marital community composed thereof, collectively ("Plaintiffs / Counterclaim Defendants"), and Real Time Resolutions, Inc. ("RTR"), and Mortgage Electronic Registration

AMENDED STIPULATION AND ORDER
2:21-cv-00813-BJR

**BARRAZA LAW PLLC**
10728 16TH AVE SW
SEATTLE, WA 98146
V (206) 933-7861 / F (206) 933-7863

1  Systems, Inc. ("MERS") (collectively with RTR and Plaintiffs, the "Parties"), by and through
2  their undersigned counsel, stipulate that the monies deposited in the Court registry be refunded
3  to the Plaintiffs in care of their counsel, HENRY & DEGRAAFF, PS.

4  The Plaintiffs initially deposited $834.13 deposited into the Court Registry on
5  September 24, 2021.

6  As of December 21, 2022, the plaintiffs have deposited $11,677.82 to the Court
7  Registry.

8  The Parties stipulate that the Clerk may disburse the $11,677.82 in the Court Registry
9  to the plaintiffs in care of their counsel, HENRY & DEGRAAFF, PS at 301 Prospect Street,
10 Bellingham, WA 98225.

11 STIPULATED this 22nd day of December 2022

| BARRAZA LAW, PLLC | HENRY & DEGRAAFF, PS |
|---|---|
| _/s/ V. Omar Barraza_____ | _/s/ Christina L Henry_____ |
| V. Omar Barraza, WSBA #43589 | Christina L Henry, WSBA #31273 |
| 10728 16th Avenue SW | 113 Cherry St, PMB 58364 |
| Seattle, Washington 98146 | Seattle, Washington 98104 |
| omar@barrazalaw.com | chenry@hdm-legal.com |
| Tel.: (206) 933-7861 | Tel.: (206) 330-0595 |
| Fax.: (206) 933-7863 | Fax.: +1 (206) 400-7609 |

HOLLAND & KNIGHT, LLP

*Per email authorization*

_/s/ Garrett S. Garfield_____
Garrett S. Garfield, WSBA# 458375
601 Southwest 2nd Ave #1800
Portland, Oregon 97204
Garrett.Garfield@hklaw.com
John.Joseph@hklaw.com

AMENDED STIPULATION AND ORDER
2:21-cv-00813-BJR

**BARRAZA LAW PLLC**
10728 16TH AVE SW
SEATTLE, WA 98146
V (206) 933-7861 / F (206) 933-7863

## II. ORDER

The Court having considered the foregoing stipulated motion of the Parties in this case, and finding that good cause has been shown for the requested relief, now therefore, it is hereby:

ORDERED that the clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $11,677.82 plus all accrued interest, payable to ALBERTO RIVERA MONROY and IRMA PARRA-RIVERA in care of HENRY & DEGRAAFF, PS, and mail the check to 301 Prospect Street, Bellingham, WA 98225.

DONE THIS 27th day of December 2022.

*Barbara J. Rothstein*
The Hon. Barbara J. Rothstein
United States District Court Judge

AMENDED STIPULATION AND ORDER
2:21-cv-00813-BJR

**BARRAZA LAW PLLC**
10728 16TH AVE SW
SEATTLE, WA 98146
V (206) 933-7861 / F (206) 933-7863